

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-83,783-01

**IN RE THOMAS ALLEN SIMON, Relator**

## ON APPLICATION FOR A WRIT OF MANDAMUS
## IN CAUSE NO. 42908 IN THE 424TH DISTRICT COURT
## FROM BURNET COUNTY

*Per curiam*.

# O R D E R

Relator filed a motion for leave to file an application for a writ of mandamus, pursuant to the original jurisdiction of this Court. The application requests that we issue a writ of mandamus in the underlying case, ordering the district court to vacate its order removing appointed counsel. Relator first filed a petition for writ of mandamus in the Third Court of Appeals. *In re Thomas Allen Simon*, No. 03-15-00500-CR (Tex. App.—Austin, Aug. 25, 2015) (not designated for publication). The Court of Appeals denied relief without comment. *Id.*

The respondent, the Judge of the 424th District Court of Burnet County, is ordered to file a response with this Court. The Burnet County District Attorney may also submit a response.

The motion for leave to file an application for writ of mandamus will be held in abeyance until the respondent has submitted the appropriate response. Any responses shall be submitted within 30 days of the date of this order. Any further proceedings in the underlying cause are hereby stayed until this application for writ of mandamus is resolved.

Filed: August 26, 2015
Do Not Publish